UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARSTOOL SPORTS, INC.,

          Plaintiff,

    -against-

OMEGA ACCOUNTING SOLUTIONS, INC.; O'BRIEN
SALES & MARKETING, INC.,

          Defendant.

1:25-cv-07112 (AKH)

██████ ORDER DETAILING
DEFAULT JUDGMENT TO BE
ENTERED BY CLERK OF COURT
AGAINST DEFENDANT O'BRIEN
SALES & MARKETING, INC.
PURSUANT TO LOCAL RULE
55.2(a)(C)(2)

**WHEREAS**, Plaintiff Barstool Sports, Inc. ("Barstool") filed the Complaint in this action on on August 28, 2025; and the Summons and Complaint having been served on Defendant on O'Brien Sales & Marketing, Inc. ("O'Brien Marketing"), on October 24, 2025 by a licensed process server, pursuant to Fed. R. Civ. P. 4(h)(1)(B); and

**WHEREAS**, O'Brien Marketing has failed to plead or otherwise defend in this action; and the Clerk of the Court having issued a Certificate of Default on February 3, 2026; and

**WHEREAS**, Plaintiff has applied by its motion for a default judgment as against O'Brien Marketing to the Court for the entry of a Default Judgment against O'Brien Marketing pursuant to Local Civil Rule 55.2 and Fed. R. Civ. P. 55(b)(1); and Barstool having submitted, *inter alia*, the Declaration of Paul Anderson, Senior Vice President and General Counsel of Barstool, demonstrating that the amount Barstool seeks from O'Brien Marketing in the Complaint by virtue of its default is for a sum certain with statutory interest thereon; and

WHEREAS, Plaintiff has served its aforesaid motion for a default on O'Brien Marketing and O'Brien Marketing having failed to oppose such motion;

IT IS HEREBY ORDERED that Barstool's motion for a default judgment as against O'Brien Marketing is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to enter judgment in favor of Plaintiff Barstool Sports, Inc. and against Defendant O'Brien Sales & Marketing, Inc. as follows on Barstool's Third Cause of Action (for breach of contract) Against Defendant O'Brien Sales & Marketing, Inc. in the Complaint as follows:

1. Principal Amount: $1,074,492.16

2. Pre-judgment Interest: $293,857.15 (at the rate of 9% per annum pursuant to N.Y. CPLR §5004) from February 8, 2023 through February 20, 2026.

3. Total Judgment Amount: $1,368,349.31 with interest accruing thereon in the daily amount of $265.05.

SO ORDERED.

Dated: New York, New York
       3/24/2026

_____
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York

2