**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

BARSTOOL SPORTS, INC.,

                        Plaintiff,

                                                25 **CIVIL** 7112 (AKH)

        -against-                                   **DEFAULT JUDGMENT**

 O'BRIEN SALES & MARKETING, INC.

                       Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated March 24, 2026, Barstool's motion for a default judgment as against O'Brien Marketing is GRANTED. Accordingly, judgment is entered in favor of Plaintiff Barstool Sports, Inc. and against Defendant O'Brien Sales & Marketing,Inc. as follows on Barstool's Third Cause of Action (for breach of contract) Against Defendant O'Brien Sales & Marketing, Inc. in the Complaint as follows: 1. Principal Amount: $1,074,492.16, 2. Pre-judgment Interest: $293,857.15 (at the rate of 9% per annum pursuant to N.Y.CPLR §5004) from February 8, 2023 through February 20, 2026. 3. Total Judgment Amount: $1,368,349.31 with interest accruing thereon in the daily amount of $265.05.

**DATED**: New York, New York
         May 15, 2026

                                **TAMMI M. HELLWIG**

                                   **Clerk of Court**

                      **BY:** _____
                              **Deputy Clerk**