UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARSTOOL SPORTS, INC.,

Plaintiff,

-against-

OMEGA ACCOUNTING SOLUTIONS, INC.;
O'BRIEN SALES & MARKETING INC.,

Defendants.

**ORDER**

25 Civ. 7112 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

I hereby deny Barstool Sports Inc.'s motion to dismiss at ECF No. 26 as mooted by the filing of the Amended Answer and Counterclaims at ECF No. 29. And I accept Omega Accounting Solution Inc.'s withdrawal of its motion to strike at ECF Nos. 31 and 33.

The Clerk of Court shall terminate ECF Nos. 26 and 31.

SO ORDERED.

Dated: September 30, 2026
New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge