UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARSTOOL SPORTS, INC.,

Plaintiff,

-against-

OMEGA ACCOUNTING SOLUTIONS, INC. et al.,

Defendants.

25-cv-7112 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The status conference previously scheduled for December 18, 2026 is CANCELED. On or before **December 9, 2026**, the parties should file a joint letter containing (1) a brief statement from each side on what this case is about, (2) the current status of discovery, and (3) proposed deadlines for any summary-judgment briefing (to commence shortly after discovery closes on January 31, 2027).

As for the parties' proposed stipulated protective orders, *see* Dkts. 67, 68, which have not yet been entered, the parties should examine the Court's Individual Practices in Civil Cases and Model Protective order (both available at https://nysd.uscourts.gov/hon-arun-subramanian) and file new proposed orders. The Court also notes that the stipulated protective order filed at Dkt. 68 appears to be missing the nondisclosure agreement it references in ¶ 6.

Omega appears to have begun the process for obtaining a default judgment against O'Brien on its crossclaims, *see* Dkts. 56–59, but it has not yet filed a motion for default judgment. If Omega intends to move for a default judgment on its crossclaims, it should file its motion for default judgment, in accordance with the Court's Individual Practices, on or before **December 11, 2026**. If Omega submits calculations in support of any motion for default judgment, it should also email native versions of the files with the calculations (i.e., versions of the files in their original format,

such as in ".xlsx") to Chambers at SubramanianNYSDChambers@nysd.uscourts.gov. If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, Omega's counterclaims may be dismissed for failure to prosecute without further notice to the parties. Omega shall electronically serve a copy of this Order on O'Brien on or before **December 1, 2026** and shall file proof of such service on or before **December 2, 2026**.

SO ORDERED.

Dated: November 25, 2026
New York, New York



ARUN SUBRAMANIAN
United States District Judge